Michelle L. Boutin
Alaska Bar No.: 8611097
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, Alaska 99501
(907) 276-5152
(907) 276-8433
Michelleb@lbblawyers.com
Attorneys for Cenlar FSB, as servicing agent for
Alaska USA Mortgage Company, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| CENLAR FSB as SERVICING AGENT FOR ALASKA USA MORTGAGE COMPANY, LLC, <br><br> Plaintiffs, <br><br> v. <br><br> STATE FARM FIRE AND CASUALTY COMPANY, <br><br> Defendant. | Case No. 3:21-cv-00251-JWS |

## COMPLAINT

Plaintiff, Cenlar FSB ("Cenlar"), as servicing agent for Alaska USA Mortgage Company, LLC, by and through its counsel of record for its complaint against State Farm Fire & Casualty Company ("State Farm") states and alleges as follows:

1. Alaska USA Mortgage Company, LLC ("AKUSA") is an Alaska limited liability company in good standing, owned by Alaska USA Federal Credit Union, and is the mortgagee under the mortgage loan which is secured by the real property located at 365 ENDICOTT DR., SOLDOTNA, AK 99669 (the "Property"). Cenlar is a residential mortgage sub-servicing company with its principal office in Ewing, New Jersey. Cenlar sub-services

COMPLAINT
*Cenlar FSB as Servicing Agent for Alaska USA Mortgage Company, LLC v. State Farm Fire and Casualty Company*
Case No. 3:21-cv-00251-JWS
Page 1 of 6

Case 3:21-cv-00251-JWS   Document 1   Filed 11/16/21   Page 1 of 6

the mortgage loan which is secured by the Property and a named insured under the policy which is the subject of this action. As servicing Agent for AKUSA, Cenlar has standing and authority to file this action on behalf of itself and AKUSA.

2. Defendant, State Farm is an Illinois corporation, doing business as an insurance company in the State of Alaska.

3. The above-entitled action involves citizens of different states, in that, at the time of the commencement of this action, Cenlar is a citizen of New Jersey. State Farm is a citizen of Illinois. AKUSA is a citizen of Alaska as an Alaska Limited Liability Company. Complete diversity exists between Plaintiffs and Defendant, State Farm.

4. The amount in controversy, exclusive of interest and costs, is alleged to be in excess of $75,000.

5. This Court has original jurisdiction of the above-entitled action pursuant to 28 U.S.C. §1332. This is an action for breach of contract and for declaratory relief under 28 U.S.C. §2201 and for such additional and further relief as may be required to enforce a declaratory judgment in accordance with 28 U.S.C. §2202. In accordance with 28 U.S.C. § 1391(b)(1) and (2), venue in this district is appropriate as the damages occurred in this district.

## FACTUAL ALLEGATIONS

6. State Farm issued Homeowners Policy, No. 02-BR-9687-6, HW-2102 ("the Policy") to the owner of the Property, Nancy Ragsdale. The Policy insures the Property for

Landye Bennett Blumstein LLP
701 West Eighth Avenue, Suite 1200
Anchorage, Alaska 99501
Telephone (907) 276-5152, Fax (907) 276-8433

COMPLAINT
*Cenlar FSB as Servicing Agent for Alaska USA Mortgage Company, LLC v. State Farm Fire and Casualty Company*
Case No. 3:21-cv-00251-JWS
Page 2 of 6

Case 3:21-cv-00251-JWS   Document 1   Filed 11/16/21   Page 2 of 6

all risks, including coverage for repairs, reconstruction, debris removal, and personal property.

7. Until May 2020, Cenlar and AKUSA did not have access to the Property because it was occupied and in foreclosure. Damage to the Property was discovered during the first interior inspection completed on May 31, 2020, which is when possession was taken by Cenlar.

8. On June 17, 2020, Cenlar, through its agent, submitted a claim under the Policy for accidental direct physical loss ("Loss"). On October 28, 2020, State Farm denied coverage for the damages sustained at the property.

9. On December 17, 2020, Cenlar's agent submitted a formal dispute to State Farm detailing its position that a mortgagee is covered for the Loss and asked that State Farm reconsider its denial of coverage.

10. On January 7, 2021, State Farm responded stating that its decision stands. On March 24, 2021, Cenlar's agent responded to State Farm stating it was continuing to disagree with State Farm's denial of coverage for the Loss.

11. On April 9, 2021, State Farm responded via letter reiterating its denial. State Farm stated the damages were a result of surface water and fungus. On April 30, 2021, Cenlar's agent responded to State Farm via e-mail stating that a plumbing leak was the source of the water damage and therefore covered by the Policy. They provided a copy of a repair bid that confirmed this and again requested to have the denial reconsidered.

12. State Farm responded with another letter dated May 11, 2021, stating that its decision stands and State Farm considered the matter closed.

COMPLAINT
*Cenlar FSB as Servicing Agent for Alaska USA Mortgage Company, LLC v. State Farm Fire and Casualty Company*
Case No. 3:21-cv-00251-JWS Page 3 of 6

Case 3:21-cv-00251-JWS   Document 1   Filed 11/16/21   Page 3 of 6

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

## First Claim

### (Declaratory Relief – Against All Defendants)

13. Cenlar realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 12 above as though set forth fully herein.

14. State Farm has denied coverage under the Policy following Plaintiffs' timely claim.

15. An actual controversy has arisen and now exists between Plaintiffs and State Farm, and each of them, relating to their respective rights, duties, and claims for the Loss at the Property, in that: (a) Plaintiffs contend that the Loss is covered by the Policy and that State Farm should provide coverage for the Loss. Plaintiffs contend that there is no applicable exclusion to the Policy. State Farm is disputing that the Loss is covered by the Policy. State Farm has denied coverage claiming the Loss falls under exclusions to the Policy.

16. Plaintiffs request a court declaration of rights, duties, and obligations of State Farm under the Policy for the Loss.

17. Such a determination is necessary and appropriate at this time to resolve any disputes which have arisen between the parties and to ascertain the rights, duties, and obligations arising under the Policy with respect to the Loss.

## Second Claim

### (Breach of Contract – Against All Defendants)

18. Cenlar realleges and incorporates by reference each and every allegation set forth in paragraphs 1 through 17 above as though set forth fully herein.

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

COMPLAINT
*Cenlar FSB as Servicing Agent for Alaska USA Mortgage Company, LLC v. State Farm Fire and Casualty Company*
Case No. 3:21-cv-00251-JWS                                              Page 4 of 6

Case 3:21-cv-00251-JWS   Document 1   Filed 11/16/21   Page 4 of 6

19. State Farm is contractually and legally obligated to provide contract benefits as well as reasonable claim-handling service.

20. Plaintiffs have performed their duties and obligations under the contract of insurance.

21. State Farm's refusal to provide contract benefits and reasonable claim-handling service is in violation of the insurance contract, and Alaska's Insurance laws.

22. State Farm's breaches of the insurance contract and Alaska's insurance laws have caused damages to Plaintiffs in excess of $75,000, the exact amount to be determined at trial.

## PRAYER FOR RELIEF

WHEREFORE, Cenlar prays for judgment against State Farm as to all claims as follows:

### First Claim for Declaratory Relief:

1. For a judicial determination that State Farm must provide full coverage under the Policy for the Loss and payment on the claim;

2. For costs of suit incurred herein, including attorneys' fees; and

3. For such other and further relief as the Court may deem just and proper.

### Second Claim for Breach of Contract:

4. Judgment against State Farm in favor of Plaintiffs on all claims.

5. An award of Plaintiffs' compensatory damages.

6. Attorney's fees and costs pursuant to the contract of insurance.

7. For such other and further relief the Court deems just and equitable.

COMPLAINT
*Cenlar FSB as Servicing Agent for Alaska USA Mortgage Company, LLC v. State Farm Fire and Casualty Company*
Case No. 3:21-cv-00251-JWS
Page 5 of 6

Case 3:21-cv-00251-JWS   Document 1   Filed 11/16/21   Page 5 of 6

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

Dated this 16th day of November, 2021.

<div style="margin-left: 3em;">
LANDYE BENNETT BLUMSTEIN LLP
Attorneys for Cenlar FSB, as servicing agent for
Alaska USA Mortgage Company, LLC


/s/ *Michelle L. Boutin*
Michelle L. Boutin, AK Bar No. 8611097
E-mail: michelleb@lbblawyers.com
LANDYE BENNETT BLUMSTEIN LLP
701 West Eighth Avenue, Suite 1100
Anchorage, Alaska 99501
Telephone: (907) 276-5152
Facsimile: (907) 276-8433
</div>

LANDYE BENNETT BLUMSTEIN LLP
701 WEST EIGHTH AVENUE, SUITE 1200
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 276-5152, FAX (907) 276-8433

COMPLAINT
*Cenlar FSB as Servicing Agent for Alaska USA Mortgage Company, LLC v. State Farm Fire and Casualty Company*
Case No. 3:21-cv-00251-JWS — Page 6 of 6

Case 3:21-cv-00251-JWS   Document 1   Filed 11/16/21   Page 6 of 6